**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**AMBER CAMARILLO,**
**D.O.C. # J45589,**

***Plaintiff*,**

**v.** **Case No.: 4:26cv375-MW/MAF**

**INGE NELSON, et al.,**

***Defendants*.**
______________________________/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with an Order of the Court." The Clerk shall close the file.

**SO ORDERED on October 22, 2026.**

**s/Mark E. Walker**
**United States District Judge**